# NOTICE OF APPEAL

## CAUSE#2015-00499J

TEXAS DEPARTMENT OF

FAMILY PROTECTIVE SERVICES

VS

WALTER F SALINAS

IN THE 315TH JUDICAL

JUVENILE DISTRICT COURT

HARRIS COUNTY TEXAS



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 3 2015

CHRISTOPHER A. PRINE

CLERK _____

## NOTICE OF APPEAL

THIS NOTICE OF APPEAL IS FILE BY WALTER F SALINASI"A PARTY TO THIS PROCEEDING WHO SEEKS TO ALTER THE HEARING COURTS ORDERS AND FINDINGS OF SHOW CAUSE HEARING AND ALL RULINGS MADE TO GIVE TEXAS DEPARTMENT OF FAMILY PROTECTIVE SERVICES CUSTODY OF HIS CHILD FRANKIE LEE SALINAS A MINOR INFANT IN GOOD FAITH WISHES TO APPEAL THE RULING AND ALL ORDERS SIGN FOR HEARING DATE OF NOVEMBER 2 2015 SHOW CAUSE RESPONDENT IS OBJECTING TO ALL RULINGS MADE BY JUDGE "MICHAEL SCHNEIDER" TO THE FIRST COURT OF APPEALS IN HARRIS COUNTY TEXAS RESPONDENT WISHES TO SHOW THAT HER CIVIL AND CONSTITUTIONAL RIGHTS WERE VIOLATED AS WELL AS DUE PROCESS RIGHT BY COLOR OF LAW RESPONDENT WALTER F SALINAS ALSO REQUEST THAT THE ORDERS SIGN IN THIS MATTER BY JUDGE MICHAEL SCHNEIDER BE SET ASIDE UNTILL THE FIRST COURT OF APPEALS HAS THE CHANCE TO HEAR THIS MATTER

AND MAKE RULINGS.APPEALANT

WALTER F SALINAS

8282 PARK PLACE BLVD

HOUSTON TEXAS#D6

DECEMBER 2 2015

# FILED
Chris Daniel
District Clerk

DEC - 3 2015

Time: _____
Harris County, Texas

By _____
Deputy

# CERTIFICATE OF SERVICE FORM
## FOR PAPER FILINGS ONLY

Appeal No. _____

I, _____, hereby certify that on _____,
[name]                                                        [date]

I served copies of _____
[name of document]

on the following parties by _____:
[hand, U.S. mail, e-mail, or commercial carrier]

[List name and address of each attorney/party served]

- Steven B. Frazier
Attorney Ad litem for Frankie Salinas
Fax: 281.809.7083 (by fax)

- Child Advocates, inc
Volunteer Advocate for Frankie Salinas
Fax: 713.529.1590 (by fax)

- David S. Masquelette
Assistan County Attorney
Attorney for petitioner
Fax: 713.437.4700 (by fax

_____
Signature

U.S. Court of Appeals for the First Circuit

(Rev 3/10)